UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXACT PROPERTY AND CASUALTY COMPANY,<br><br>              Plaintiff,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-00928-WBS-JDP<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER DEADLINES**<br><br>[ECF NO. 16] |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   Plaintiff, Exact Property and Casualty Company ("Plaintiff" or "Exact"), and Defendant, Union Pacific Railroad ("Union Pacific") (collectively, the "Parties"), by and through their respective counsel of record, hereby file their Joint Stipulation to continue deadlines in the Case Management Order (ECF No. 16). The parties are not seeking to continue the Pre-Trial Conference or Trial date.

## I. SUMMARY OF THE CASE

Plaintiff commenced this action April 19, 2021 in the San Joaquin Superior Court, asserting three causes of action, negligence, violations of health and safety codes, and trespass against Union Pacific, related to a fire that occurred on July 5, 2020, in Stockton, California on Plaintiff's insured's property. Plaintiff alleges it is the proper party as it is the subrogee under a property insurance policy for a homeowner whose property was damaged in the fire. On July 15, 2021, Union Pacific filed an answer to Plaintiff's complaint.

## II. GOOD CAUSE EXISTS FOR A SHORT CONTINUANCE OF THE DEADLINES CONTAINED IN THE SCHEDULING ORDER

WHEREAS, the current expert disclosure deadline is June 17, 2022;

WHEREAS, the current rebuttal expert disclosure is July 15, 2022;

WHEREAS, the current discovery cut-off is August 19, 2022;

WHEREAS, the current motion cut-off is October 7, 2022;

WHEREAS, the Parties need additional time to conduct depositions prior to disclosure of experts and reports, including depositions of the Stockton Fire Department Fire Investigator and Captain, along with third-party percipient witnesses whose whereabouts are currently not known, but being investigated;

WHEREAS, the Parties have worked diligently to formally and informally conduct discovery in this matter, including Initial Disclosures, and written discovery, the origin of the fire is still in dispute;

WHEREAS, the Parties believe that a sixty (60) day extension of the above deadlines is necessary and desirable to ensure adequate time for the Parties to conduct relevant discovery; and

WHEREAS, for these reasons, good cause exists to extend the above deadlines by sixty (60) days.

### III. PROPOSED MODIFICATION TO THE SCHEDULING ORDER

Below are the deadlines with the current and proposed date.

| DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Initial Expert Report | June 17, 2022 | August 16, 2022 |
| Rebuttal Expert Report | July 15, 2022 | September 13, 2022 |
| Discovery Cut-Off | August 19, 2022 | October 18, 2022 |
| Motion Cut-Off | October 7, 2022 | November 7, 2022 |

**IT IS SO STIPULATED**

Dated:  June 6, 2022            STRATMAN, SCHWARTZ
                                & WILLIAMS-ABREGO

                                 _/s/ Lina Davidian____
                                Lina Davidian, Esq.
                                **Attorneys for Plaintiff**
                                **Exact Property and Casualty**
                                **Company**

Dated:  June 6, 2022            SHOOK, HARDY & BACON L.L.P.


                                 __/s/ Ryan J. Williams_____
                                Eva M. Weiler
                                Ryan J. Williams
                                **Attorneys for Defendant**
                                **Union Pacific Railroad**

# ORDER

**IT IS SO ORDERED.  The dates are modified as follows:**

| DEADLINE | NEW DATE |
|---|---|
| Initial Expert Report | August 16, 2022 |
| Rebuttal Expert Report | September 13, 2022 |
| Discovery Cut-Off | October 18, 2022 |
| Motion Cut-Off (for filing) | November 7, 2022 |
| Pretrial Conference | **January 30, 2023 at 1:30 p.m.** |
| Jury Trial | **March 28, 2023 at 9:00 a.m.** |

Dated:  June 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE