Eva M. Weiler (SBN: 233942)
eweiler@shb.com
Ryan J. Williams (SBN: 228925)
rjwilliams@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendants
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXACT PROPERTY AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00928-WBS-JDP<br><br>Judge: Hon. William B. Shubb<br>Ctrm.: 5<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |

Plaintiff, EXACT PROPERTY AND CASUALTY COMPANY, and Defendant, UNION PACIFIC RAILROAD COMPANY, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| Dated: January 24, 2023 | SHOOK, HARDY & BACON L.L.P.<br><br>By: */s/ Ryan J. Williams*<br>Eva M. Weiler<br>Ryan J. Williams<br>Attorneys for Defendant<br>UNION PACIFIC RAILROAD COMPANY |
| Dated: January 24, 2023 | FARMERS INSURANCE SUBROGATION & RECOVERY LAW FIRM<br><br>By: */s/ Lina S. Davidian*<br>Lina S. Davidian<br>Attorneys for Plaintiff EXACT PROPERTY AND CASUALTY COMPANY |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  January 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  January 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE